UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| PAUL D. BALMERT, *et al.*, § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 3:21-cv-42 |
| § § § | |
| PHILLIPS 66 COMPANY, § § | |
| Defendant. | |

## **CONDITIONAL DISMISSAL ORDER**

The parties have advised the court that the above-referenced dispute has settled. Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, unless any party represents in writing filed with the court **on or before July 22, 2022**, that the settlement could not be completely documented. If the parties wish the case to be disposed of on an agreed final judgment rather than this order, it must be submitted to the court **on or before July 22, 2022.**

All pending motions are hereby **DENIED** as moot.

Each party shall bear its own attorneys' fees and costs.

SIGNED on Galveston Island on this 6th day of June, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE