United States District Court
Southern District of Texas
**ENTERED**
July 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| PAUL D. BALMERT and <br> BALMERT CONSULTING, LLC, <br> Plaintiffs, <br> VS. <br><br> PHILLIPS 66 COMPANY, <br> Defendant. | CIVIL ACTION NO. 3:21-CV-42 |

## ORDER OF DISMISSAL

On July 12, 2022, the plaintiffs and the defendant filed a Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 34.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island on this the 13th day of July, 2022.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE